512

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* MELVYN ALLEN, Petitioner-Appellant.

(No. 56736; )

First District (1st Division)—September 17, 1973.

PER CURIAM.
BURKE, P. J., took no part.

Paul Bradley, Deputy Defender, of Chicago, (James R. Streicker, Assistant Appellate Defender, and Charles I. Weitzman, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (James S. Veldman and Mariann Twist, Assistant State's Attorneys, of counsel,) for the People.